IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 16-CV-4018 |
| ) | |
| vs. ) | |
| ) | |
| FOUR THOUSAND THREE HUNDRED ) | |
| FORTY DOLLARS ($4,340.00) IN ) | |
| UNITED STATES CURRENCY, ) | |
| ) | |
| Defendant. ) | |

## ORDER FOR WARRANT OF ARREST IN REM

Upon consideration of the Complaint filed in the above-entitled action, this Court is satisfied that there is probable cause to believe the defendant property as described is subject to arrest and seizure for violation of a statute of the United States.

IT IS THEREFORE ORDERED:

1. That the following described property:

    Four Thousand Three Hundred Forty Dollars ($4,340.00) in United States Currency, seized on or about July 6, 2015, from the business known as "Everything Smoking" in Sioux City, Iowa, operated by Oladimeji Ayodele

be seized and arrested by the Drug Enforcement Administration (DEA), under attachment and monition of this Court; that the Clerk of the United States District Court shall issue a Warrant of Arrest in rem to be executed by the said Drug Enforcement Administration, pursuant to Rule G(1) and G(3)(b)(i) of the Federal

Rules of Civil Procedure - Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims.

2. That, pursuant to G(5)(a)(i)(A) and (B) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, all persons claiming an interest in the defendant property are required to file with this Court a Claim within thirty-five (35) days after actual notice is sent or within sixty (60) days after the first date of publication on the official internet government website www.forfeiture.gov. The Claim shall be signed by the claimant under penalty of perjury; state the specific property claimed; state the claimant's interest in the property, and be served upon the government attorney.

3. That, pursuant to Rule G(5)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, any person asserting a claim must serve and file an answer to the complaint or a motion under Rule 12 within twenty-one (21) days after filing the claim.

4. The United States is directed to forthwith publish notice of the seizure via www.forfeiture.gov, for a period of 30 consecutive days. This notice shall describe the seized property, the identity of responsible officials, time and place of arrest, citations of legal authority, available procedures to be heard, time limits to respond or challenge the seizure or seek relief, and the penalty for inaction.

DATED this 7th day of March, 2016.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA