IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 16-CV-4018-CJW |
| | ) | |
| vs. | ) | |
| | ) | |
| $4,340.00 IN UNITED STATES CURRENCY; | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| OLADIMEJI AKINOLA AYODELE, | ) | |
| | ) | |
| Claimant. | | |

## ORDER APPROVING SETTLEMENT AGREEMENT

Based upon the Settlement Agreement filed by the parties on March 24, 2017:

IT IS HEREBY ORDERED:

1. That the Settlement Agreement is approved by this Court;

2. That the Four Thousand Three Hundred Forty Dollars ($4,340.00) in United States currency seized from Claimant's business known as "Everything Smoking" on or about July 6, 2015, in Sioux City, Iowa, shall be turned over to the Woodbury County Clerk of Court in Sioux City, Iowa, to be applied toward Claimant's restitution obligation in Case No. FECR048765 in the Iowa District Court for Woodbury County.

3. That the United States Marshals Service is hereby directed to issue a check made payable to the Woodbury County Clerk of Court for $4,340.00 to be delivered to their office.

4. That each party is to bear their own costs of this action; and

5. That this action is dismissed with prejudice.

**ORDERED** this 10th day of May, 2017.

C.J. Williams
Chief United States Magistrate Judge
Northern District of Iowa